# CHANCERY SENTINEL.

H. Wilbur, *Publisher.*].......$1.00 per annum......[O. L. Barbour, *Reporter.*

Vol. V.]        SARATOGA SPRINGS, April 1, 1845.        [No. 1.

## Court of Chancery.

### DECISIONS OF THE CHANCELLOR,
APRIL 1, 1845.

*Samuel Poultney et al.* v. *William Wambaugh.* J. A. Collier, for complainants; Z. A. Leland, for defendant. Application to dissolve injunction denied, but without costs; and with liberty to the complainants to make such application to the vice chancellor, in the first suit, as they may be advised.

*William Wambaugh* v. *Archibald H. Gates et al.* J. A. Collier, for appellants; Z. A. Leland, for respondent.— Appeal from decree of the vice chancellor of the sixth circuit. Decree reversed, and bill dismissed with costs as to all the appellants except Samuel Boyer, but without prejudice to their rights in any future litigation. Judgment declared to be in full force as against S. Boyer, notwithstandig the sale on the execution; and a reference directed to a master to take an account of the personal estate of the testator which came to the hands of the executors. Proceedings remitted.

*Hezekiah Howell et al., ex'rs, &c.* v. *Adam G. Ransom et al.* J. A. Collier, for appellant; W. M. Patterson, for the respondents. Decree appealed from affirmed with costs.

*John Ensign* v. *Adolphus Colborn et al.* A. C. Hand, for complainant; J. Rhoades, for defendants. Order appealed from reversed. Costs of appellant to abide the event.

*Susan' Ann De Rose* v. *Ann Fay et al.* J. J. Richardson, for complainant; W. S. Sears, for defendants. Order appealed from reversed and modified; without costs to either party as against the other, upon the appeal.